**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6780**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PHILLIP EUGENE EVANS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00356-D-4)

Submitted:  October 10, 2024                         Decided:  October 16, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phillip Eugene Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Eugene Evans appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Evans' motion.  *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Evans*, No. 5:19-cr-00356-D-4 (E.D.N.C. Aug. 9, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
